IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00414-LTB-GPG

VICTOR CHARLES FOURSTAR, JR.,

    Plaintiff,

v.

JOE BIDEN,
MONTANA DEPARTMENT OF CORRECTIONS UNKNOWN HEADS,
MICHAEL CARVAJAL, Director of Federal Bureau of Prisons, and
UNKNOWN U.S. SENTENCING COMMISSION MEMBERS,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order entered by Lewis T. Babcock, Senior District Judge, on August 10, 2021, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 10 day of August, 2021.

                      FOR THE COURT,

                      JEFFREY P. COLWELL, Clerk

                      By: s/ R. Villa,
                          Deputy Clerk